UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

*Vega*
-v-
*Warden*

U.S.C.A. # _____

U.S.D.C. # **07-cv-9758**

JUDGE: **KMW**

DATE: **DEC. 7, 2007**

*[Stamp: U.S. DISTRICT COURT FILED DEC 07 2007 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES

DOCUMENT DESCRIPTION                                          DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(✓) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **7th** Day of **DECEMBER** 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

*Vega*
-v-
*Warden*

U.S.C.A. # _____
U.S.D.C. # 07-cv-9758
JUDGE: KMW
DATE: Dec. 7, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 7th Day of December. In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-09758-KMW**
**Internal Use Only**

Vega v. Warden
Assigned to: Judge Kimba M. Wood
Demand: $2,000,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 11/05/2007
Date Terminated: 11/05/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 11/05/2007 | 2 | COMPLAINT against Warden. Document filed by Carlos Vega.(jeh) (Entered: 11/14/2007) |
| 11/05/2007 |   | Magistrate Judge Ronald L. Ellis is so designated. (jeh) (Entered: 11/14/2007) |
| 11/05/2007 | 3 | ORDER OF DISMISSAL; Since plaintiff failed to submit the Authorization form to the Court as instructed, so accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed without prejudice. 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/05/2007) (jeh) (Entered: 11/14/2007) |
| 11/05/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed without prejudice for failure to comply with the Prison Litigation Reform Act of 1995. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 11/05/2007) (jeh) (Entered: 11/14/2007) |
| 11/05/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Carlos Vega.(jeh) (Entered: 11/14/2007) |
| 12/03/2007 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint). Document filed by Carlos Vega. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 12/06/2007) |
| 12/03/2007 |   | Appeal Remark as to 5 Notice of Appeal filed by Carlos Vega. $455.00 APPEAL FEE DUE. IFP REVOKED 11/5/07. (tp) (Entered: 12/06/2007) |
| 12/06/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 12/06/2007) |
| 12/06/2007 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 12/06/2007) |