

**MANDATE**

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
**CLERK OF COURT**

Date:               5/1/08

Docket Number: 07-5490-pr

Short Title:        Vega v. Warden

DC Docket Number: 07-cv-9758

DC:       SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of May, two thousand eight.

Carlos Vega,

    Plaintiff-Appellant,

v.

Warden, Of N.I.C. Rikers Island,

    Defendant-Appellee.

The *Civil Appeals Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia, either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 11/5/07 of the United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *Gislaine Phillip*

Gislaine Phillip, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Gislaine Phillip*

Deputy Clerk

Certified:        MAY - 1 2008

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O'Hagan Wolfe**
**CLERK OF COURT**

Date:    5/1/08

Docket Number: 07-5490-pr

Short Title:    Vega v. Warden

DC Docket Number: 07-cv-9758

DC:    SDNY (NEW YORK CITY)

DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 1st day of May,  two thousand eight.

Carlos  Vega,

    Plaintiff-Appellant,

v.

Warden, Of N.I.C. Rikers Island,

    Defendant-Appellee.

The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of 11/5/07 of the United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: *Gislaine Phillip*

Gislaine  Phillip, Deputy Clerk

THE MANDATE CONSISTING OF ITEMS BELOW HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
( ) ORDER